No. 92–7481. FAMOR *v.* BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied. 

No. 92–7524. JONES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 92–7539. TASCARELLA *v.* UNITED STATES; and
No. 92–7561. TASCARELLA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 979 F. 2d 212.

No. 92–7570. MORRISON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 92–7571. REED *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 92–7573. MARTINEZ *v.* DENVER SHERIFF'S DEPARTMENT ET AL. C. A. 10th Cir. Certiorari denied. 

No. 92–7577. KIRKPATRICK *v.* FLORIDA BOARD OF BAR EXAMINERS. Sup. Ct. Fla. Certiorari denied.

No. 92–7601. PETTI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 92–7603. ROBINSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–7618. AUSTIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 92–7625. JOHNSON *v.* UNITED STATES;
No. 92–7661. JOHNSON *v.* UNITED STATES; and
No. 92–7666. HOUSTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 979 F. 2d 1533.

No. 92–7632. CONYERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 92–7639. SMITH *v.* WISCONSIN. Ct. App. Wis. Certiorari denied. 

No. 92–7643. TOBISCH *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.